THE LAW OFFICE OF
PETER R. NASMYTH, JR.
A Professional Corporation
Peter R. Nasmyth, Jr. (State Bar No. 195067)
408 W. Foothill Boulevard
Claremont, CA 91711
Telephone: (909)626-4157
Facsimile: (909)482-1088

Attorneys for Plaintiff – ZIP TY RACING TEAM, INC.

FILED
CLERK, U.S. DISTRICT COURT
SEP - 6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIP TY RACING TEAM, INC.<br>Plaintiff(s),<br><br>vs.<br><br>HUSQVARNA MOTORCYCLES NA LLC, et al<br>Defendant(s). | Case No.: EDCV-12-1664-R<br><br>[PROPOSED] ORDER RE: DISMISSAL<br><br>[UNLIMITED CIVIL]<br>Judge: Hon. Manuel L. Real |

For good cause shown, **IT IS HEREBY ORDERED** that this action and all cross-claims is dismissed, with prejudice.

Dated: September 6, 2013

By: _____
Manuel L. Real
Judge of the District Court,
Central District of California

3

STIPULATION AND ORDER RE: DISMISSAL